

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2015

No. 04-15-00015-CR

Robert Alan **QUEEMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 2063-CR
The Honorable Enrique Fernandez, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed in this appeal on April 15, 2015. On April 20, 2015, this court notified appellant's attorney that the brief was late. On April 27, 2015, appellant's attorney filed a motion requesting an extension of time to file the brief. The motion was granted, and the deadline for filing the brief was extended to June 8, 2015. The brief has not been filed.

Appellant's attorney is ORDERED to respond to this court in writing within ten days of the date of this order. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If appellant's attorney fails to file an adequate response within ten days, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court